AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

--------------Eastern------------------------   DISTRICT OF   ---------------Virginia--------------------
Richmond Division

**Jaime David Marenco Vasquez**
*by and through his Next Friend Aurash Azimi-Ghomi*,

      Plaintiff,

v.

                                             **JUDGMENT IN A CIVIL CASE**

**Farmville Detention Center et al.**,                  Case number: 3:25cv1022

      Defendant.

[ ] **Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court**. *This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that the § 2241 Petition (ECF No. 1 ) is DENIED WITHOUT PREJUDICE, and the action is DISMISSED. Judgment is entered in favor of the Defendants, Farmville Detention Center, Field Office Director, ICE ERO Washingtn Field Office, U.S. Immigration And Customs Enforcement Director, Department of Homeland Security Secretary, Attorney General of the United States.

December 18, 2025                            FERNANDO GALINDO,
Date                                         Clerk

                                            (By) Deputy Clerk